IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 04-cv-00714-CBS-MJW

KENNETH PICHOTTA,
    Plaintiff,
v.

UNITED STATES OF AMERICA,
    Defendant.

---

### DISMISSAL ORDER

---

This civil action comes before the court on Defendant's Unopposed Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25(a)(1) (filed September 9, 2005) (doc. # 41). The record shows that no motion for substitution has been made by any person within 90 days after service and filing of the Suggestion of Death (doc. # 37) in this action. Accordingly, IT IS ORDERED that:

    1    Defendant's Unopposed Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25(a)(1) (filed September 9, 2005) (doc. # 41) is GRANTED.

    2.    This action is dismissed with prejudice pursuant to Rule 25(a)(1).

Dated at Denver, Colorado this 12th day of September, 2005.

By the Court:

_____
Craig B. Shaffer
United States Magistrate Judge